UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KONSTANTIN CHEVYREV, | ) | 1:07-cv-00633-OWW-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 13) |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| ALBERTO R. GONZALES, | ) | **DISMISS PETITION AS MOOT** |
| Attorney General, et al., | ) | (Doc. 11) |
| | ) | |
| Respondents. | ) | |

Petitioner is detained by the Bureau of Immigration and Customs Enforcement ("BICE"), and is proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On August 22, 2007, the Magistrate Judge filed Findings and a Recommendation that Respondents' motion to dismiss the instant petition as MOOT be GRANTED. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed objections to the Findings and Recommendation.

//

1

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, the Court concludes that
4 the Magistrate Judge's Findings and Recommendation are supported by
5 the record and proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendation, filed August 22, 2007,
8 are ADOPTED IN FULL; and,
9    2.   Respondents' motion to dismiss the instant petition as
10 MOOT, filed July 18, 2007, is GRANTED.
11 IT IS SO ORDERED.

**Dated:   October 25, 2007**          **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE

2